DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

APR 8'10AM10:10 USBCEW

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF WASHINGTON

In Re:
PARTIDA, FIDEL, JR and
PARTIDA, MARIA L

Case No.  04-01699-FLK13

Debtors

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $1.27, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| PARTIDA, FIDEL, JR and PARTIDA, MARIA L | 709 CRESCENT AVE SUNNYSIDE , WA 98944 | $1.27 |

Dated: March 29, 2010

DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 487490          4-8-10          $ 1.27